AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| HOPE CHANNEL INTERNATIONAL, INC., a Maryland non-profit corporation | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  1:26-cv-23123-BB |
| v. | ) ) | |
| HOPE MEDIA GROUP, a Texas non-profit corporation | ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   HOPE MEDIA GROUP
Registered Agent: COGENCY GLOBAL INC.
115 NORTH CALHOUN STREET, STE 4
TALLAHASSEE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jennifer Olmedo-Rodriguez, Esq.
BUCHANAN INGERSOLL & ROONEY PC
One Biscayne Tower
2 South Biscayne Blvd., Ste. 1500
Miami, Florida 33131-1822

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts

Date:        05/04/2026

Angela E. Noble
Clerk of Court